**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00117-CV**
_____

**IN THE INTEREST OF T.J., T.J., AND C.M.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-01-01566-CV**

## MEMORANDUM OPINION

On March 5, 2020, the trial court signed an order in this suit affecting the parent-child relationship. Appellant filed a notice of appeal but failed to file a brief. On November 9, 2020, we notified the parties that the appellant's brief was past due and warned that if the brief and a motion for extension of time were not filed, the case would be submitted to the Court on the record alone. The Clerk also notified the parties that submission without briefs could result in dismissal of the appeal for want of prosecution. On November 30, 2020, we notified the parties that the appeal would be submitted to the Court on the record alone on December 21, 2020.

1

The Clerk has provided notice to the appellant that the appeal could be dismissed for want of prosecution for failure to comply with the Court's direction. Appellant has failed to comply with the Court's instruction to prosecute the appeal. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 21, 2020
Opinion Delivered January 14, 2021

Before Kreger, Horton, and Johnson, JJ.